# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NANCY PICARD, individually and as special representative for the Estate of Jeffrey L. Picard ) ) ) **Plaintiff,** ) ) vs. ) ) FIMCO INC. d/b/a FIMCO INDUSTRIES, ) and WELLMARK INTERNATIONAL, INC ) ) **Defendants.** ) | No. 3:19-cv-00046-SMY-GCS |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

NOW COME the parties and stipulate to the dismissal of this action without prejudice with all parties to bear their own costs.

**WENDLER LAW, P.C.**

By: /s/*Brian M. Wendler*
    Brian M. Wendler #6196124
    Angie Zinzilieta #6322894
    Paul Rademacher #6324529
    900 Hillsboro, Suite 10
    Edwardsville, IL  62025
    Phone: (618) 692-0011
    Fax:    (618) 692-0022
    *Attorneys for Plaintiff*

**BROWN & JAMES, P.C.**

By: /s/*Denise Baker-Seal*
    John P. Cunningham, #6193598
    Denise Baker-Seal, #6255589
    International, Inc. Richland Plaza I, 525 W. Main
    St., Ste. 200

        Belleville, Illinois 62220-1547
        618/235-5590; 618/235-5591 (Fax)
        *Attorneys for Defendant, Wellmark*


       **THOMPSON COBURN LLP**

By: /s/*Matthew D. Guletz*
    Matthew D. Guletz, #6288199
    One U.S. Bank Plaza, Suite 2700
    St. Louis, Missouri 63101
    (314) 552-6000 (P) / (314) 552-7000 (F)
    mguletz@thompsoncoburn.com
    *Attorney for Defendant, Fimco*